## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

| | |
|---|---|
| VINCENT THOMAS, | : No. 154 MM 2019 |
| Petitioner | : |
| v. | : |
| DELAWARE COUNTY, PHILIP PISANI, DIRECTORY OF SERVICE, GERALD C. MONTELLA, DISTRICT COURT ADMINISTRATOR, ANNE M. COOGAN, COUNTY OPEN RECORD OFFICER; LINDSAY N. WOLK, DEPUTY DISTRICT COURT ADMINISTRATOR, AND BETH ROLETTE, DIRECTOR, INTERNAL MANAGEMENT, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 19th day of February, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.